UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR21-047 RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RAMON EDUARDO GOMEZ LUGO, | ) DETENTION ORDER |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>: Conspiracy to Distribute Fentanyl; Distribution of Fentanyl (4 counts); Possession of Fentanyl with Intent to Distribute; Asset Forfeiture Allegations

<u>Date of Detention Hearing</u>: March 18, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

1. Defendant does not have legal status in this country. He has two previous immigration charges, and a common-law wife and two children in Mexico who are dependent on him for support. He has minimal ties to this District and is facing the possibility of mandatory minimum sentence of 10 years if convicted.

2. Defendant poses a risk of nonappearance based on ties to a foreign country, no immigration status in this country, a passport issued by Mexico, and minimal ties to this District. Defendant poses a risk of danger based on the nature of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

```
```
01   DATED this 18th day of March, 2021.

02

03   _____
     Mary Alice Theiler
04   United States Magistrate Judge

01        DATED this 18th day of March, 2021.

02

03                                        _____
                                          Mary Alice Theiler
04                                        United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3