THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) Case No.: CR21-00047 RAJ |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER CONTINUING PRETRIAL MOTIONS DEADLINE |
| RAMON EDUARDO GOMEZ LUGO, | ) |
| Defendant. | ) |

Based on the motion of the defendant to continue the pretrial motions deadline and the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, the Court find that the defense needs additional time to review discovery and to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings.

IT IS NOW, THEREFORE, ORDERED that the Motion (Dkt. # 19) is GRANTED.  The pretrial motions deadline is continued from to May 24, 2021.

DATED this 15th day of April, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge