Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>RAMON EDUARDO GOMEZ LUGO,<br><br>Defendant(s). | NO. 2:21-cr-00047-RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on Defendant Ramon Eduardo Gomez Lugo's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. # 21). Having considered the motion, and all the files and records herein, the Court finds and rules as follows:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A);

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i); and

3. The defense needs additional time to review discovery and to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. # 21) is GRANTED. The trial date is continued from May 24, 2021, to October 25, 2021, at 9:00 a.m.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than September 9, 2021.

IT IS FURTHER ORDERED that the time between the date of this Order through the new trial date of October 25, 2021, is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

DATED this 13th day of May, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge