JUDGE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:21-cr-00047-RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION FOR LEAVE TO SUBSTITUTE AS COUNSEL OF RECORD |
| vs. | |
| RAMON EDUARDO GOMEZ LUGO, | |
| Defendant. | |

THE COURT, having considered the motion of attorney Timothy Rusk to substitute as counsel of record for Defendant Ramon Eduardo Gomez Lugo, and having conducted a hearing on this date, for the reasons set forth on the record, the Court hereby GRANTS the motion (Dkt. # 26). Timothy Rusk is substituted and Emily Beschen is withdrawn as counsel of record for Defendant Gomez Lugo.

DATED this 9th day of July, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1