Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:21-cr-00047-RAJ |
|---|---|
| Plaintiff(s), | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| v. | |
| RAMON EDUARDO GOMEZ LUGO, | |
| Defendant(s). | |

This matter comes before the Court on Defendant Ramon Eduardo Gomez Lugo's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. # 31). Having considered the motion, and all the files and records herein, the Court finds and rules as follows:

1. Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation of this matter. Counsel was only substituted on this matter on July 9, 2021; and

2. Failing to grant a continuance in this matter is likely to result in a miscarriage of justice; and

3. The ends of justice are best served by a continuance and this interest outweighs the best interests of the public and the defendant in any speedier trial; and

4. All of these findings are made within the meaning of 18 USC § 3161(h)(7)(A) and (B)(i) and (iv).

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1

THEREFORE, IT IS ORDERED that Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. # 31) is GRANTED. The trial date is continued from October 25, 2021, to January 18, 2022, at 9:00 a.m.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than December 2, 2021.

IT IS FURTHER ORDERED that the time between the date of this Order through the new trial date of January 18, 2022, is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

DATED this 19th day of August, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge