Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff(s), <br><br> v. <br><br> RAMON EDUARDO GOMEZ LUGO, <br><br> Defendant(s). | NO. 2:21-cr-00047-RAJ <br><br> ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on Defendant Ramon Eduardo Gomez Lugo's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. # 36). Having considered the motion, and all the files and records herein, the Court finds and rules as follows:

1. Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation of this matter;

2. Failing to grant a continuance in this matter is likely to result in a miscarriage of justice;

3. The ends of justice are best served by a continuance and this interest outweighs the best interests of the public and the defendant in any speedier trial;

4. The parties are engaged in active and ongoing negotiations; and

5. All of these findings are made within the meaning of 18 USC § 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS ORDERED that Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. # 36) is GRANTED in part. The Court does not find good cause to grant the length of continuance requested by Defendant. The trial date is continued from January 18, 2022, to February 7, 2022 at 9:00 a.m.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than December 30, 2021.

IT IS FURTHER ORDERED that the time between the date of this Order through the new trial date of February 7, 2022, is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

DATED this 13th day of December, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge