Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>RAMON EDUARDO GOMEZ LUGO,<br><br>Defendant(s). | NO. 2:21-cr-00047-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA THROUGH VIDEOCONFERENC HEARING |

The Court has considered Defendant's unopposed Motion to Proceed with Guilty Plea by videoconference hearing. For the reasons set forth therein, and pursuant to General Order 16-21, the Court GRANTS the motion (Dkt. # 40), finding that entry of the guilty plea in this case cannot be further delayed without serious harm to the interests of justice and that the parties consent to appearing remotely. The Court directs that the matter be scheduled for a videoconference plea hearing before the criminal-duty magistrate judge.

DATED this 5th day of January, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1